UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PENNING,

        Plaintiff,

v.

Case No. 1:17-cv-579-PLM-PJG

HON. PAUL L. MALONEY

HUDSON MEDIATION SERVICES, INC.,
RAISHAWN L. MORRIS,
CARRIE L. TREMUTULO,
SHANA LYNN MYERS and
ANNE M. LARSON,

        Defendants.
_____/

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this notice to dismiss this lawsuit, with prejudice, as to all defendants.

Dated: September 29, 2017

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com